# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROY WHITED d/b/a**
**Whited Flying Service**                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:06-CV-00232 GTE**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**                                             **DEFENDANT**

## ORDER

Presently before the Court is Plaintiff's Motion for Substitution of Party Due to Death of Plaintiff and Suggestion of Death upon the Record. The motion states that Plaintiff died on February 24, 2007, and Debra Whited was appointed as Personal Representative of the Estate of Roy Whited.[1] The response period has ended, and Defendant has not objected to the motion. Therefore, the motion is granted.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Substitution of Party Due to Death of Plaintiff and Suggestion of Death upon the Record (Docket No. 12) be, and it is hereby, GRANTED.

IT IS SO ORDERED this 10th day of May, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's counsel has informed the Court that he will attach the Letters of Administration, as the motion states that they are attached.

1