## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEBRA WHITED, Personal Representative**
**of the Estate of Roy Whited, Deceased**                                **PLAINTIFF**

**v.**                            **CASE NO. 3:06-CV-00232 GTE**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**                                **DEFENDANT**

### ORDER

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in this matter, the Court hereby dismisses the above-styled action with prejudice.

IT IS SO ORDERED this 17th day of June, 2008.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE